UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa M. Richards,

    Plaintiff,                                           Case No. 07-12626

v.                                                                         Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections if any, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, and Defendant's motion for summary judgment is DENIED. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED for further proceedings consistent with the Magistrate's Report and Recommendation dated July 14, 2008.

                                           s/Nancy G. Edmunds
                                           Nancy G. Edmunds
                                           United States District Judge

Dated: August 14, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2008, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager